CASS COUNTY BOARD OF ROAD COMMISSIONERS *v.*
PUBLIC SERVICE COMMISSION.

RAILROADS—CROSSING—INSTALLATION OF FLASHING LIGHT SIGNALS.
Circuit court's denial of preliminary injunction against enforce-
ment of public service commission's order requiring installation
of flashing light signals at a railway grade crossing with a
city street *held*, not an abuse of discretion under record pre-
sented, but trial court is instructed to proceed forthwith to
trial on the merits.

Appeal from Ingham; Coash (Louis E.), J. Sub-
mitted November 6, 1964. (Calendar No. 75, Docket
No. 50,462.) Decided November 16, 1964.

Action by the Board of County Road Commission-
ers for the County of Cass, a statutory corporation,
and the New York Central Railroad Company, a
Delaware corporation, against the Michigan Public
Service Commission to enjoin enforcement of order
for erection of flashing signal lights at grade cross-
ing. From denial of motion for preliminary injunc-
tion, plaintiffs appeal. Affirmed.

*Carroll B. Jones,* for plaintiff Board of County
Road Commissioners for the County of Cass.

*Frederic L. Wyckoff,* for plaintiff New York Cen-
tral Railroad Company.

REFERENCES FOR POINTS IN HEADNOTE
[1] 44 Am Jur, Railroads § 400.
42 Am Jur, Public Administrative Law § 69.

*Frank J. Kelley,* Attorney General, *James R. Ramsey,* Acting Solicitor General, and *Hugh B. Anderson,* Assistant Attorney General, for defendant.

PER CURIAM. Upon leave granted, this appeal was taken from a circuit court order denying motion for a preliminary injunction against enforcement of the Michigan public service commission's order requiring flashing light signals at a railway crossing of the New York Central with White street in Howard township, Cass county, Michigan, it being alleged that the circuit court abused its discretion by such denial.

Upon review, we find no abuse of discretion by the circuit court. The order denying a preliminary restraining order is affirmed. The circuit court is hereby instructed to proceed forthwith to trial on the merits in the above cause. Costs of this appeal to appellee.

KAVANAGH, C. J., and DETHMERS, KELLY, BLACK, SOURIS, O'HARA, and ADAMS, JJ., concurred.

SMITH, J., took no part in the decision of this case.